FILED
CLERK, U.S. DISTRICT COURT
6/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES PATENT AND TRADEMARK OFFICE, et al.<br><br>  Defendants. | No. 5:19-cv-01841-JAK-SHK<br><br>**JUDGMENT**<br><br>**JS-6** |

The Complaint is dismissed without prejudice for lack of subject matter jurisdiction as to claims for fraud against the United States Patent and Trademark Office. The remaining claims in the complaint for patent infringement are dismissed with prejudice on the basis of res judicata. Judgment is entered in favor of the United States Patent and Trademark Office. Plaintiff Kimberly Simmons shall take nothing against Defendant United States Patent and Trademark Office.

   **IT IS SO ORDERED.**

Dated: June 9, 2020   _____
                      John A. Kronstadt
                      United States District Judge

1